## IN THE U.S. DISTRICT COURT
## DISTRICT OF KANSAS

DALE E. McCORMICK,
        Plaintiff,

vs.                                     Case No. 07-2605-SAC

PAUL MORRISON, et al.
        Defendants.

### ORDER

This matter comes before the Court upon the motion of the Interested Party, Kansas Department of Corrections, for a second extension of time to prepare and submit the Martinez v. Aaron report ordered herein.

WHEREUPON, the Court, having considered the same and having concluded good cause exists for the request, hereby orders that the motion of the Interested Party, Kansas Department of Corrections is granted, and that the time in which to prepare and submit the Martinez v. Aaron report is extended up to and including July 12, 2008.

DATED this 18th day of June, 2008.

                                                           s/SamA. Crow
                                                           Honorable Sam A. Crow
                                                           United States District Judge

Submitted by:

s/Linden G. Appel
Linden G. Appel, KS Bar No. 09519
Kansas Department of Corrections
900 S.W. Jackson, 4th Floor
Topeka, Kansas 66612-1284
(785) 296-4508
E-mail: LindenA@kdoc.dc.state.ks.us
Attorney for Interested Party