IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Dale McCormick,

    *Plaintiff*,

vs.

Case No. 07-2605-EFM

Roger Werholtz, et al.,

    *Defendants*.

## MEMORANDUM AND ORDER

Plaintiff's motion to alter or amend judgment (Doc. 94) is denied.

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's motion to alter or amend judgment (Doc. 94) is hereby DENIED.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2010, in Wichita, Kansas.

    /s Eric F. Melgren
    ERIC F. MELGREN
    UNITED STATES DISTRICT JUDGE